```
 1  John S. Delikanakis, Esq.
    Nevada Bar No. 5928
 2  Gil Kahn, Esq.
    Nevada Bar No. 14220
 3  Christian P. Ogata, Esq.
    Nevada Bar No. 15612
 4  SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
 5  Las Vegas, Nevada 89169
    Telephone: (702) 784-5200
 6  Facsimile: (702) 784-5252
    jdelikanakis@swlaw.com
 7  gkahn@swlaw.com
    cogata@swlaw.com
 8
    Attorneys for Defendant
 9  Teachers Health Trust dba THT Trust
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Luanne Austin, individually, on behalf of herself and all others similarly situated, | CASE NO. 2:21-cv-01593-RFB-NJK |
|---|---|
| Plaintiffs, vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| Allied Collection Services, Inc.; Teachers Health Trust *dba* THT Health; and Digestive Disease Center *dba* Digestive Disease Specialists, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Luanne Austin, individually, on behalf of herself and all others similarly situated ("Plaintiffs") and Defendant Teachers Health Trust dba THT Health ("THT Health") (collectively "Parties") by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend THT Health's deadline to respond to Plaintiffs' complaint to October 25, 2021, for the following reasons:

1. On September 2, 2021, Plaintiffs' served the complaint and summons on THT Health.

2. THT Health's Response is currently due September 23, 2021.

3. Counsel for THT Health was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

4. The Parties agreed to the extension requested herein.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for THT Health to respond to Plaintiffs' complaint up to and including October 25, 2021.

DATED September 22, 2021.

FREEDOM LAW FIRM

By: */s/ George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Tel: (702) 880.5554

*Attorneys for Plaintiffs*

DATED September 21, 2021.

SNELL & WILMER L.L.P.

By: */s/ John S. Delikanakis*
John S. Delikanakis, Esq.
Gil Kahn, Esq.
Christian P. Ogata, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for Defendant Teachers Health Trust dba THT Trust*

DATED September 21, 2021.

KIND LAW

By: */s/ Michael Kind*
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Tel: (702) 337-2322

*Attorneys for Plaintiffs*

## ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that THT Health shall respond to Plaintiffs' complaint on or before October 25, 2021.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated September 23, 2021