John S. Delikanakis, Esq.
Nevada Bar No. 5928
Gil Kahn, Esq.
Nevada Bar No. 14220
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jdelikanakis@swlaw.com
gkahn@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Teachers Health Trust d/b/a
THT Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Luanne Austin,<br><br>                    Plaintiff<br><br>vs.<br><br>Allied Collection Services, Inc.; Teachers Health Trust d/b/a THT Health; and Digestive Disease Center d/b/a Digestive Disease Specialists,<br><br>                    Defendants | Case No.  2:21-cv-01593-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

        Plaintiff Luanne Austin, individually, on behalf of herself and all others similarly situated, and Defendants Teachers Health Trust d/b/a THT Health and Digestive Disease Center d/b/a Digestive Disease Specialists ("DDS") (collectively "Parties") through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend THT Health's and DDS's deadline to respond to the complaint to November 22, 2021, for the following reasons:

        1.        On September 2, 2021, Plaintiff served the complaint and summons on THT Health.

        2.        This Court previously granted the Parties' separate requests to extend THT Health's deadline to respond to the complaint to October 25, 2021, ECF No. 9, and DDS's

deadline to respond to the complaint to October 29, 2021.  ECF No. 12.

3. The Parties have been working on obtaining certain information in hopes of resolving this matter before the response deadline but need more time to do so.

4. The Parties agreed to the extension requested herein.

5. This extension request is sought in good faith and is not made for the purpose of delay.

///

1    Therefore, the Parties respectfully request an extension for THT Health and DDS to

2    respond to Plaintiff's complaint up to and including November 22, 2021.

3

4    DATED October 22, 2021.                      DATED October 22, 2021.

5    FREEDOM LAW FIRM                             SNELL & WILMER L.L.P.

6    By: */s/ George Haines, Esq.*                By: */s/ John S. Delikanakis, Esq.*
        George Haines, Esq.                           John S. Delikanakis, Esq.
7       8985 S. Eastern Ave., Suite 350               Gil Kahn, Esq.
        Las Vegas, NV 89123                           Christian P. Ogata, Esq.
8       Tel: (702) 880.5554                           3883 Howard Hughes Parkway,
                                                       Suite 1100
9       *Attorneys for Plaintiffs*                    Las Vegas, Nevada 89169
                                                       Tel: (702) 784-5200
10

11                                                     *Attorneys for Defendant*
                                                       *Teachers Health Trust dba THT Trust*
12   DATED October 22, 2021.                      DATED October 22, 2021.

13   KIND LAW                                     HAYES | WAKAYAMA

14   By: */s/ Michael Kind, Esq.*                 By: */s/ Jeremy D. Holmes, Esq.*
        Michael Kind, Esq.                            Dale A. Hayes, Jr., Esq.
15      8860 South Maryland Parkway, Suite 106        Liane K. Wakayama, Esq.
        Las Vegas, Nevada 89123                       Jeremy D. Holmes, Esq.
16      Tel: (702) 337-2322                           5798 S Durango Drive, Suite 105
                                                       Las Vegas, Nevada 89113
17      *Attorneys for Plaintiffs*                    Tel: (702) 656-0808
18

19                                                     *Attorneys for Defendant Digestive Disease*
                                                       *Center*
20

21                              **ORDER**

22       Good cause appearing, **IT IS HEREBY ORDERED** that THT Health and DDS shall

23   respond to Plaintiffs' complaint on or before November 22, 2021.

24                              **IT IS SO ORDERED.**

25

26   UNITED STATES MAGISTRATE JUDGE

27   DATED: October 25, 2021

28