UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUANNE AUSTIN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ALLIED COLLECTION SERVICES, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01593-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 17] |

　　　　Pending before the Court is a stipulation for a further extension of 30 days for Defendants Teachers Health Trust and Digestive Disease Center to respond to the complaint. Docket No. 17. The stipulation indicates that these Defendants are investigated the underlying issues and hope to engage in settlement discussions prior to responding to the complaint. *Id.* at 2. Such circumstances suffice for a further extension, but not of the length requested. Accordingly, the stipulation is **GRANTED** in part and these Defendants must respond to the complaint by December 13, 2021. <u>The Court is not inclined to grant any further extensions.</u>

　　　　IT IS SO ORDERED.

　　　　Dated: November 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge