1
2
3
4
5
6
7
8
9
10
11
12
13
14

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorneys for Plaintiff Luanne Austin*

15
16
17

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

18
19
20
21
22
23
24
25
26
27

| | |
|---|---|
| Luanne Austin, individually, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> Allied Collection Services, Inc., Teachers Health Trust dba THT Health, and Digestive Disease Center dba Digestive Disease Specialists, <br><br> Defendants. | Case No.: 2:21-cv-01593-RFB-NJK <br><br> **Stipulation for an extension of time for Plaintiff to respond to Defendant Digestive Disease Center's Motion to Dismiss** <br><br> **(First request)** |

STIPULATION                    - 1 -

1   Luanne Austin ("Plaintiff") and Digestive Disease Center dba Digestive

2   Disease Specialists ("Defendant and together with Plaintiff as the "parties"),

3   by and through their respective counsel, hereby submit this stipulation for an

4   extension of time for Plaintiff to respond to Defendant's motion to dismiss,

5   filed on December 13, 2021. This is the first request for an extension of this

6   deadline.

7   The extension is sought because Plaintiff's counsel requires additional

8   time to prepare an appropriate response to the motion due to anticipated staff

9   shortages during the upcoming holidays.

10   ///

11   ///
   ///
12   ///

13   ///

14   ///
   ///
15   ///

16   ///
   ///
17   ///

18   ///

19   ///
   ///
20   ///

21   ///

22   ///
   ///
23   ///

24   ///
   ///
25

26

27

STIPULATION          - 2 -

1

2

3

In good faith and not for the purposes of delay, the parties therefore stipulate that Plaintiff's opposition to the pending motion shall be due on or before **January, 17, 2022**.

4

5

Dated: December 17, 2021.

6

7

**FREEDOM LAW FIRM**

8

 /s/ Gerardo Avalos

George Haines, Esq.

9

Gerardo Avalos, Esq.

10

8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

11

*Attorneys for Plaintiff Luanne Austin*

12

13

**HAYES | WAKAYAMA**

14

 /s/  Jeremy Holmes

Dale A. Hayes, Jr., Esq.

15

Liane K. Wakayama, Esq.

16

Jeremy D. Holmes, Esq.

17

5798 S. Durango Drive, Suite 110
Las Vegas, Nevada 89113

18

*Counsel for Digestive Disease Center dba Digestive Disease Specialists*

19

20

21

IT IS SO ORDERED:

22

23

UNITED STATES DISTRICT JUDGE

24

25

DATED:  December 21, 2021

26

27

STIPULATION                                                        - 3 -