George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorneys for Plaintiff Luanne Austin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Luanne Austin, individually, on behalf of herself and all others similarly situated, | Case No.: 2:21-cv-01593-RFB-NJK |
| Plaintiff, | **Stipulation for an extension of time for Plaintiff to respond to Defendant Teachers Health Trust's Motion to Dismiss** |
| v. | |
| Allied Collection Services, Inc., Teachers Health Trust dba THT Health, and Digestive Disease Center dba Digestive Disease Specialists, | **(First request)** |
| Defendants. | |

1

2          Luanne Austin ("Plaintiff") and Teachers Health Trust d/b/ a THT

3    Healt ("Defendant and together with Plaintiff as the "parties"), by and

4    through their respective counsel, hereby submit this stipulation for an

5    extension of time for Plaintiff to respond to Defendant's motion to dismiss,

6    filed on December 13, 2021. This is the first request for an extension of this

7    deadline.

8          The extension is sought because Plaintiff's counsel requires additional

9    time to prepare an appropriate response to the motion due to anticipated staff

10   shortages during the upcoming holidays.

11   ///
     ///
12   ///
     ///
13   ///
     ///
14   ///
     ///
15   ///
     ///
16   ///
     ///
17   ///
     ///
18   ///
     ///
19   ///
     ///
20   ///
     ///
21   ///
     ///
22   ///
     ///
23   ///
     ///
24   ///
     ///
25   ///

26

27

1    In good faith and not for the purposes of delay, the parties therefore
2  stipulate that Plaintiff's opposition to the pending motion shall be due on or
3  before **January, 17, 2022**.

4

5    Dated: December 17, 2021.

6

7  **FREEDOM LAW FIRM**

 /s/ Gerardo Avalos

8  George Haines, Esq.
9  Gerardo Avalos, Esq.
10 8985 S. Eastern Ave., Suite 350
   Las Vegas, Nevada 89123
11 *Attorneys for Plaintiff Luanne Austin*

12
 /s/  John S. Delikanakis
13 John S. Delikanakis, Esq.
14 Joseph Adams, Esq.
   Gil Kahn, Esq.
15 Christian P. Ogata, Esq.
16 3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169-5958
17 *Counsel for Teachers Health Trust dba THT Trust*

18

19

20    IT IS SO ORDERED:

21

22    _____

23    UNITED STATES DISTRICT JUDGE

24    DATED:___December 21, 2021_____

25

26

27