John S. Delikanakis, Esq.
Nevada Bar No. 5928
Joseph G. Adams, Esq. (admitted *pro hac vice*)
Gil Kahn, Esq.
Nevada Bar No. 14220
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jdelikanakis@swlaw.com
gkahn@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Teachers Health Trust dba THT Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Luanne Austin, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>Allied Collection Services, Inc.; Teachers Health Trust dba THT Health; and Digestive Disease Center dba Digestive Disease Specialists,<br><br>Defendants | Case No.: 2:21-cv-01593-RFB-NJK<br><br>**Stipulation and Order to Extend Time to File Replies in Support of Motions to Strike [ECF No. 21], and to Dismiss [ECF Nos. 22, 24]**<br><br>**(First Request)** |

Plaintiff Luanne Austin, individually, on behalf of herself and all others similarly situated and defendants Teachers Health Trust d/b/a THT Health and Digestive Disease Center (DDS) (the "parties") through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend THT Health's deadline to file its reply in support of its motion to strike [ECF No. 21] and motion to dismiss [ECF No. 22], and DDS's deadline to file its reply in support of its motion to dismiss [ECF No. 24] to February 8, 2022, for the following reasons:

1.      On December 13, 2021, THT Health filed its motion to strike Austin's class allegations and its motion to dismiss her claim under Nevada's Deceptive Trade Practices Act.

1  DDS also filed its motion to dismiss Austin's complaint on December 13, 2021 (collectively, the
2  "Motions").

3      2.    On December 21, 2021, this Court granted the parties' stipulation to extend
4  Austin's deadline to respond to the Motions to January 17, 2022.  ECF Nos. 32, 33, 34.

5      3.    Austin filed her response to the Motions on January 18, 2022.

6      4.    The defendants' replies in support of the Motions are due January 25, 2022.

7      5.    The defendants require additional time to prepare their replies to the Motions
8  because the Motions and Austin's response concern several different aspects of Austin's
9  complaint and address both the merits of her individual claims and her class allegations.

10     6.    The parties agreed to the extension requested.

11     7.    This is the first stipulation for extension of time to file the replies.

12     8.    This extension request is sought in good faith and is not made for the purpose of
13 delay.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Therefore, the parties respectfully request an extension for the defendants to file their replies in support of the Motions up to and including February 8, 2022.

DATED: January 21, 2021.

FREEDOM LAW FIRM

By: */s/ George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Tel: (702) 880.5554

*Attorneys for Plaintiff*

DATED: January 20, 2021.

KIND LAW

By: */s/ Michael Kind*
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Tel: (702) 337-2322

*Attorney for Plaintiff*

DATED: January 20, 2021.

SNELL & WILMER L.L.P.

By: */s/ John S. Delikanakis*
John S. Delikanakis, Esq.
Joseph G. Adams, Esq.
Gil Kahn, Esq.
Christian P. Ogata, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for Defendant THT Health*

DATED: January 20, 2021.

HAYES | WAKAYAMA

By: */s/ Jeremy Holmes, Esq.*
Dale A. Hayes, Jr., Esq.
Liane K. Wakayama, Esq.
Jeremy D. Holmes, Esq.
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
Tel: (702) 656-0808

*Attorneys for Defendant Digestive Disease Center*

## **ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** that the defendants shall file their replies in support of the Motions on or before February 8, 2022.

RICHARD F. BOULWARE, II
United States District Court

DATED this 21st day of January, 2022.

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 21,   2022, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO STRIKE [ECF NO. 21], AND TO DISMISS [ECF NOS. 22, 24]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 21st day of January 2022.

*/s/ Gaylene Kim-Mistrille*
An employee of Snell & Wilmer L.L.P.

4879-9256-3210.1

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200