# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUANNE AUSTIN,<br>    Plaintiff,<br>v.<br>ALLIED COLLECTION SERVICES, et al.,<br>    Defendants. | Case No.: 2:21-cv-01593-APG-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than February 11, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: February 4, 2022

_____
Nancy J. Koppe
United States Magistrate Judge