1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

12 | Luanne Austin, individually, on behalf of
13 | herself and all others similarly situated,

14 |                Plaintiffs
   v.

15 | Allied Collection Services, Inc.; Teachers
16 | Health Trust *dba* THT Health; and Digestive
Disease Center *dba* Digestive Disease
17 | Specialists,

18 |                Defendants

Case No.:  2:21-cv-01593-CDS-NJK

**ORDER GRANTING**
**Notice of Disassociation of Counsel**

19

20     Defendant Teachers Health Trust d/b/a THT Health, through its attorneys of record, Snell

21 & Wilmer L.L.P., hereby gives notice to the Court and parties that Gil Kahn, Esq. is no longer

22 associated with this matter, and should be removed from the list of counsel of record in this case.

23 DATED:  April 26, 2022               SNELL & WILMER L.L.P.

24

25 IT IS SO ORDERED.
Dated: April 28, 2022

26

27

28 Nancy J. Koppe
United States Magistrate Judge

/s/ *John S. Delikanakis*
John S. Delikanakis, Esq. (Bar No. 5928)
Joseph G. Adams, Esq. (admitted *pro hac vice*)
Christian P. Ogata, Esq. (Bar No. 15612)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Teachers Health Trust*
*dba THT Trust*