# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUANNE AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED COLEECTION SERVICES, INC.,<br>et al.<br><br>    Defendants. | Case No. 2:21-cv-01593-CDS-NJK<br><br>**Order**<br><br>[Docket No. 74] |

    Pending before the Court is the parties' stipulation, asking the Court to grant Defendant Allied Collection Services, Inc. a 21-day extension to respond to Plaintiff's first amended complaint. Docket No. 74. The stipulation fails to comply with the Local Rules. Specifically, a motion or stipulation seeking an extension must state why the requested extension is needed. Local Rule IA 6-1(a).

    Accordingly, the parties' stipulation is **DENIED** without prejudice. Docket No. 74. Any renewed stipulation must fully comply with this Court's Local Rules and must be submitted by March 15, 2023.

    IT IS SO ORDERED.

    Dated: March 10, 2023

                                                         Nancy J. Koppe<br>                                                          United States Magistrate Judge