SEAN P. FLYNN  (SBN: 15408)
DANIEL A. MANN (SBN:15594)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV  89101
Tel:     (702) 577-9317
Email:  sflynn@grsm.com
          dmann@grsm.com

*Attorneys for Defendant*
*ALLIED COLLECTION SERVICES, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Luanne Austin, individually, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff<br>vs.<br><br>Allied Collection Services, Inc., Teachers Health Trust d/b/a THT Health, and Digestive Disease Center d/b/a Digestive Disease Specialists,<br><br>                  Defendants | CASE NO.:  2:21-CV-01593-CDS-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

///

///

///

///

///

///

///

///

///

///

///

///

-1-

**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

COMES NOW Plaintiff Luanne Austin, by and through his attorney, Michael Kind, and Defendant, ALLIED COLLECTIONS SERVICES, INC., by and through its attorney, Sean P. Flynn,  Esq., stipulate and agree as follows:

1.      Plaintiff and Defendant are in discussions to settle this matter;

2.      Therefore, Defendant is given an open extension of time to file an answer to the First Amended Class Action Complaint until April 6, 2023.

DATED this 15th day of March, 2023

**MADDOX & CISNEROS, LLP**


By: */s/ Norberto J. Cisneros*
    Norberto J. Cisneros, Esq.
    Nevada Bar No. 8782
    3230 s. Buffalo Drive Suite 108
    Las Vegas, Nevada 89117
    *Attorneys for Plaintiff*

DATED this 15th day of March, 2023

**GORDON REES SCULLY MANSUKHAN LLP**


By: */s/ Daniel A. Mann*
    Sean P. Flynn, Esq.
    Nevada Bar No. 15408
    Daniel A. Mann, Esq,
    Nevada Bar No. 15594
    300 S. 4th Street, Suite 1550
    Las Vegas, NV 89101
    *Attorneys for Allied Collection Services*


**ORDER**

**IT IS SO ORDERED**


_____
UNITED STATES MAGISTRATE JUDGE


**DATES:**   March 16, 2023

-2-