**HAYES | WAKAYAMA | JUAN**
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
dhayes@hwlawNV.com
lkw@hwlawNV.com
jholmes@hwlawNV.com
   *Attorneys for Defendant Digestive*
   *Disease Center*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LUANNE AUSTIN, individually, on behalf of herself and all other similarly situated,<br><br>                    Plaintiffs,<br>    vs.<br><br>ALLIED COLLECTION SERVICES, INC.; TEACHERS HEALTH TRUST *DBA* THT HEALTH; and DIGESTIVE DISEASE CENTER *DBA* DIGESTIVE DISEASE SPECIALISTS<br><br>                    Defendants. | Case No: 2:21-cv-01593-CDS-NJK<br><br>**ORDER TO<br>EXTEND TIME TO RESPOND TO<br>PLAINTIFFS' FIRST AMENDED<br>COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Luanne Austin, individually on behalf of herself and all others similarly situated ("Plaintiffs") and Defendant Digestive Disease Center *dba* Digestive Disease Specialists ("DDS") (collectively the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend DDS's deadline to response to Plaintiffs' First Amended Complaint to April 6, 2023, for the following reasons:

　　　　1.　　On February 23, 2023, Plaintiff filed and served the First Amended Complaint DDS.

　　　　2.　　DDS's deadline to file a responsive pleading is March 16, 2023.

3. This is the first stipulation for extension of time to file DDS's response to Plaintiffs' First Amended Complaint.

4. The Parties stipulate to this extension of time in order to continue in efforts to resolve this dispute without incurring additional fees and costs.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for DDS to respond to Plaintiffs' First Amended Complaint up to and including April 6, 2023.

IT IS SO STIPULATED.

Dated this  15th  day of March, 2023.                    Dated this  15th  day of March, 2023.

**HAYES | WAKAYAMA | JUAN**                              **MADDOX & CISNEROS, LLP**

By:/s/ *Jeremy D. Holmes, Esq.*                          By:/s/ *Norberto J. Cisneros, Esq.*
    LIANE K. WAKAYAMA, ESQ.                             NORBERTO J. CISNEROS, ESQ.
    Nevada Bar No. 11313                                  Nevada Bar No. 8782
    JEREMY D. HOLMES, ESQ.                                1210 S. Valley View Boulevard, Suite 202
    Nevada Bar No. 14379                                  Las Vegas, Nevada 89102
    5798 S Durango Drive, Suite 105                       *Attorneys for Plaintiffs, Luanne Austin, on*
    Las Vegas, Nevada 89113                               *behalf of herself and all other similarly*
    *Attorneys for Defendant Digestive*                    *situated*
    *Disease Center*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 16, 2023