**HAYES | WAKAYAMA | JUAN**
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
dhayes@hwlawNV.com
lkw@hwlawNV.com
jholmes@hwlawNV.com
   *Attorneys for Defendant Digestive Disease Center*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LUANNE AUSTIN individually, on behalf of herself and all other similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>ALLIED COLLECTION SERVICES, INC.; TEACHERS HEALTH TRUST *DBA* THT HEALTH; and DIGESTIVE DISEASE CENTER *DBA* DIGESTIVE DISEASE SPECIALISTS<br><br>Defendants | Case No: 2:21-cv-01593-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT TEACHERS HEALTH TRUST AND PLAINTIFF LUANNE AUSTIN'S JOINT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

Defendant Teachers Health Trust ("THT') and Plaintiff Luanne Austin, individually on behalf of herself and all others similarly situated ("Plaintiffs") and Defendant Digestive Disease Center *dba* Digestive Disease Specialists ("DDS") (collectively the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend DDS's deadline to response to Defendant Teachers Health Trust and Plaintiff Luanne Austin's Joint Motion for Determination of Good Faith Settlement to April 6, 2023, for the following reasons:

1.   On March 8, 2023, Defendant Teachers Health Trust and Plaintiff Luanne Austin filed and served their Joint Motion for Determination of Good Faith Settlement.

2.   DDS's deadline to file a responsive pleading is March 22, 2023.

3. This is the first stipulation for extension of time to file DDS's response to THT and Plaintiffs Joint Motion for Determination of Good Faith Settlement.

4. The Parties stipulate to this extension of time in order to continue in efforts to resolve this dispute without incurring additional fees and costs.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for DDS to respond to THT and Plaintiffs' Joint Motion for Determination on Good Faith Settlement up to and including April 6, 2023.

IT IS SO STIPULATED.

Dated this 22nd day of March, 2023.
**HAYES | WAKAYAMA | JUAN**

By:/s/ Jeremy D. Holmes, Esq.
 LIANE K. WAKAYAMA, ESQ.
 Nevada Bar No. 11313
 JEREMY D. HOLMES, ESQ.
 Nevada Bar No. 14379
 5798 S Durango Drive, Suite 105
 Las Vegas, Nevada 89113
 *Attorneys for Defendant Digestive Disease Center*

Dated this 22nd day of March, 2023.
**SNELL & WILMER LLP**

By:/s/John S. Delikanakis, Esq.
 JOHN S. DELIKANAKIS, ESQ.
 Nevada Bar No. 5928
 JOSEPH G. ADAMS, ESQ.
 (admitted pro hac vice)
 CHRISTIAN P. OGATA, ESQ.
 Nevada Bar No. 15612
 3883 Howard Hughes Parkway, Suite 1100
 Las Vegas, Nevada 89169
 *Counsel for Teachers Health Trust dba THT Health*

Dated this 22nd day of March, 2023.
**MADDOX & CISNEROS, LLP**

By:/s/ Norberto J. Cisneros, Esq.
 NORBERTO J. CISNEROS, ESQ.
 Nevada Bar No. 8782
 1210 S. Valley View Boulevard, Suite 202
 Las Vegas, Nevada 89102
 *Attorneys for Plaintiffs, Luanne Austin, on behalf of herself and all other similarly situated*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: __March 27, 2023__