John S. Delikanakis, Esq.
Nevada Bar No. 5928
Joseph G. Adams, Esq. (admitted *pro hac vice*)
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jdelikanakis@swlaw.com
jgadams@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant*
*Teachers Health Trust d/b/a THT Health*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Luanne Austin, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>Allied Collection Services, Inc., et al,<br><br>Defendants | Case No.: 2:21-cv-01593-CDS-NJK<br><br>**Stipulation and Order to Extend Movants' Deadline to File Reply in Support of Motion for Determination of Good Faith Settlement**<br><br>**FIRST REQUEST** |

Movants Teachers Health Trust d/b/a THT Health and plaintiff Luanne Austin, and defendant Allied Collection Services, Inc., for good cause shown, stipulate to extend Movants' deadline to file their reply in support of their joint motion for determination of good faith settlement to April 13, 2023, for the following reasons:

1.   On March 8, 2023, THT Health and Austin moved for determination of good faith settlement under Nevada Revised Statute § 17.245.[1]

---

[1] ECF No. 73.

1    2.      Allied responded to that motion on March 22, 2023.[2] That day, Movants and
2 defendant Digestive Disease Center ("DDS") filed a stipulation to extend DDS's response
3 deadline.[3]

4    3.      This Court granted the stipulation on March 27, 2023, making DDS's response
5 deadline April 6, 2023, and Movants' reply deadline April 13, 2023.[4]

6    4.      The filing of Allied's response triggered a second, earlier reply deadline of March
7 29, 2023.

8    5.      To streamline the briefing on the motion, Movants now seek to consolidate the reply
9 deadlines to April 13, 2023, so all reply briefing is completed on the same date, and therefore aiding
10 judicial economy.

11    6.      The Parties have agreed to the requested extension in good faith.

12    7.      Good cause exists to extend the March 29th deadline to ensure that the deadlines in
13 support of the same motion are consolidated.

---

[2] ECF No. 80.

[3] ECF No. 81.

[4] *See* ECF No. 82.

Therefore, the Parties respectfully request an extension for Movants' to file their reply up to and including April 13, 2023.

DATED: March 29, 2023.

MADDOX & CISNEROS, LLP

/s/Norberto J. Cisneros
Norberto J. Cisneros, Esq.
Barbara M. McDonald, Esq.
3230 S. Buffalo Drive # 108
Las Vegas, Nevada 89117

*Attorneys for Plaintiff*

DATED: March 29, 2023.

GORDON REESE SCULLY MANSUKHANI, LLP

/s/ Sean Flynn
Sean Flynn, Esq.
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorney for Defendant Allied Collection Services*

DATED: March 29, 2023.

SNELL & WILMER L.L.P.

/s/ John S. Delikanakis
John S. Delikanakis, Esq. (Bar No. 5928)
Joseph G. Adams, Esq. (admitted *pro hac vice*)
Christian P. Ogata, Esq. (Bar No. 15612)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Teachers Health Trust*

## ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that Movants' reply deadline for their motion for determination of good faith settlement shall be April 13, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 4, 2023

4867-9034-3770 2