John S. Delikanakis, Esq.
Nevada Bar No. 5928
Joseph G. Adams, Esq. (admitted *pro hac vice*)
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jdelikanakis@swlaw.com
jgadams@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Teachers Health Trust d/b/a THT Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Luanne Austin, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs<br>v.<br><br>Allied Collection Services, Inc., et al.,<br><br>Defendants | Case No.: 2:21-cv-01593-CDS-NJK<br><br>**Order Granting Stipulation for Voluntary Dismissal with Prejudice**<br><br>**[ECF No. 88]** |

Plaintiff Luanne Austin and defendants Allied Collection Services, Inc., Teachers Health Trust d/b/a THT Health, and Digestive Disease Center d/b/a Digestive Disease Specialists stipulate that any and all claims in the above matter are hereby settled and that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter should be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

///

///

| | |
|---|---|
| DATED: May 22, 2023 | DATED: May 22, 2023 |
| MADDOX & CISNEROS LLP | SNELL & WILMER L.L.P. |
| By: */s/ Norberto J. Cisneros*<br>    Norberto J. Cisneros, Esq.<br>    Barbara M. McDonald, Esq.<br>    1210 S. Valley View Blvd., Suite 202<br>    Las Vegas, Nevada 89102 | By: */s/ John Delikanakis*<br>    John S. Delikanakis, Esq<br>    Joseph G. Adams, Esq.<br>    Christian P. Ogata, Esq.<br>    3883 Howard Hughes Parkway, Suite 1100<br>    Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff Luanne Austin* | *Attorneys for Defendant Teachers Health Trust dba THT Health* |
| DATED: May 22, 2023 | DATED: May 22, 2023 |
| HAYES WAKAYAMA JUAN | GORDON REES SCULLY MANSUKHANI, LLP |
| By: */s/ Jeremy D. Holmes*<br>    Liane K. Wakayama, Esq.<br>    Jeremy D. Holmes, Esq.<br>    5798 S Durango Drive, Suite 105<br>    Las Vegas, Nevada 89113 | By: */s/ Sean Flynn*<br>    Sean Flynn, Esq.<br>    Daniel A. Mann, Esq.<br>    300 S. 4th Street, Suite 1550<br>    Las Vegas, NV 89101 |
| *Attorneys for Defendant Digestive Disease Center dba Digestive Disease Specialists* | *Attorneys for Allied Collection Services, Inc.* |

## ORDER

Based upon the parties' stipulation and good cause appearing, **IT IS THEREFORE ORDERED** that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs.

IT IS FURTHER ORDERED that the hearing on the motion for a determination of good faith settlement (ECF No. 73) set for June 1, 2023, at 10:00 am is vacated.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 22, 2023